UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL OGDEN,<br><br>    Petitioner,<br><br>    v.<br><br>BUREAU OF PRISONS,<br><br>    Respondent. | No.  2:24-CV-3386 DJC SCR<br><br><br>ORDER |

Petitioner, a federal inmate proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 5.  Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 5) are adopted;

2. Petitioner's application for a writ of habeas corpus is summarily dismissed without prejudice to refiling as a civil rights action; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 22, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Ogde3386.800.hc